| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ST. JOSEPH SUPERIOR/CIRCUIT COURT |
| | ) SS: | SOUTH BEND DIVISION |
| ST. JOSEPH COUNTY | ) | CAUSE NO.: 71____2203-CT- |

71C01-2203-CT-000095

CONSTANCE and GARY SELTMAN, )
51570 Fox Pointe Lane )
Granger, Indiana  46530 )
  )
       Plaintiffs, )
  )
  v. )
  )
COSTCO WHOLESALE CORPORATION )
To be served by Registered Agent: )
CT Corporation System )
334 N. Senate Avenue )
Indianapolis, IN  46204 )
  )
       Defendant. )

## **COMPLAINT FOR DAMAGES**

### COUNT I

Comes now the Plaintiff, Constance Seltman and for her claim for relief states the following:

1. On or about the 15th day of June, 2020 in St. Joseph County, Indiana, the Plaintiff, Constance Seltman was a business invitee on the premises of the Defendant, Costco Wholesale Corporation when a roll of toilet paper fell on her from a shelf.

2. As a direct and proximate result of the carelessness and negligence of the agents and/or employees of the Defendant, Costco Wholesale Corporation, the Plaintiff, Constance Seltman has sustained personal injuries the effects of which may be permanent and lasting, has incurred hospital, doctor and medical expenses and may continue to incur hospital, doctor and medical expenses in the future, has incurred pain and suffering and may continue to incur pain and suffering in the future, all of which damages are in an amount yet uncertain.

EXHIBIT A

3. The injuries and damages incurred by the Plaintiff, Constance Seltman are the direct and proximate result of the carelessness and negligence of the employees and/or agents of the Defendant, Costco Wholesale Corporation, by failing to maintain the premises in a safe and reasonable manner.

WHEREFORE, the Plaintiff, Constance Seltman requests judgment against the Defendant, Costco Wholesale Corporation, in an amount adequate to compensate her for her losses for the cost of this action and for all other just and proper relief.

## COUNT II

Comes now the Plaintiff, Gary Seltman and for his claim for relief states the following:

1. He realleges paragraphs 1 and including 3 of Count I of this Complaint.
2. He is the husband of the Plaintiff, Constance Seltman.
3. As a direct and proximate result of the carelessness and negligence of the employees and/or agents of the Defendant, Costco Wholesale Corporation, the Plaintiff, Gary Seltman has lost the care, comfort and society of his wife, the Plaintiff, Constance Seltman.

WHEREFORE, the Plaintiff, Gary Seltman requests judgment against the Defendant, Costco Wholesale Corporation, in an amount adequate to compensate him for his losses, for the cost of this action and for all other just and proper relief.

*/s/Jeffrey J. Stesiak*
Jeffrey J. Stesiak (16876-46)
Attorney for the Plaintiffs
PFEIFER, MORGAN & STESIAK
53600 N. Ironwood Drive
South Bend, Indiana  46635
Telephone: (574) 272-2870
E-Mail: jstesiak@pilawyers.com

EXHIBIT A

## **JURY DEMAND**

The Plaintiff, by counsel demand a Trial by Jury.

*/s/Jeffrey J. Stesiak*
Jeffrey J. Stesiak (16876-46)
Attorney for the Plaintiffs
PFEIFER, MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870
E-Mail: jstesiak@pilawyers.com

EXHIBIT A